IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Anderson, Vergia M | Case Number: 07 B 11919 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 7/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 8, 2008
Confirmed: October 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 750.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 709.50 |
| Trustee Fee: | | 40.50 |
| Other Funds: | | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 709.50 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 12,953.94 | 0.00 |
| 4. | First American Cash Advance | Unsecured | 124.72 | 0.00 |
| 5. | Devon Financial Services Inc | Unsecured | 23.26 | 0.00 |
| 6. | Corporate America Family CU | Unsecured | 66.14 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 27.51 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 64.23 | 0.00 |
| 9. | Nicor Gas | Unsecured | 132.20 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 86.39 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 20.13 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 25.35 | 0.00 |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Harris & Harris | Unsecured | | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 16. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Professional Account Management | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 16,957.87 | $ 709.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Anderson, Vergia M | Case Number:  07 B 11919 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  7/3/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.50 |
| | _____ |
| | $ 40.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

